IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARILYN BANKS, *on behalf of herself as well as all others similarly situated,* | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| GUARDIAN SECURITY HOLDINGS, INC., | ) ) ) |
| Defendant. | ) ) ) |

CASE NO:

1 09-cv-0824

JURY TRIAL DEMANDED

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 26 2009

JAMES N. HATTEN, CLERK
[signature] Deputy Clerk

BBM

## COMPLAINT

Plaintiff MARILYN BANKS, ("Plaintiff"), brings this action against Defendant GUARDIAN SECURITY HOLDINGS, INC. ("DEFENDANT"), by and through her attorney and alleges as follows:

1.

Plaintiff, MARILYN BANKS, ("Plaintiff"), brings this action on behalf of herself and others similarly situated, against Defendant GUARDIAN SECURITY HOLDINGS, INC., a Georgia Corporation, for overtime compensation, declaratory relief, and other relief under the Fair Labor Standards Act, as amended 29 U.S.C. § 216 (b) (the "FLSA"). Plaintiff was a dispatcher, and performed related activities for Defendant in,

among others, Fulton County, Georgia. This action is brought under the FLSA to recover from Defendant overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.

## JURISDICTION

2.

This Court has subject matter jurisdiction over Plaintiffs claims pursuant to 28 U.S.C. § 1337 and the FLSA as well as the authority to grant declaratory relief under the FLSA pursuant to 28 U.S.C. § 2201 et. seq.

## VENUE

3.

Venue is proper in this Court pursuant to 28 U.S.C. § 1391 (b) (2).

## PARTIES

4.

Plaintiff Marilyn Banks is a resident of Atlanta, Georgia, located in Fulton County and was employed by Defendant as a dispatcher from December, 2005 until in or around October, 2008. Plaintiff has concurrently filed her Consent to Become a Party Plaintiff pursuant to 29 U.S.C. § 216(b). *See Exhibit A.*

5.

Defendant Guardian Security Holdings, Inc. is a Georgia Corporation that operates and conducts, business in, among others, Fulton County, Georgia, and is therefore, within the jurisdiction of this Court.

6.

Guardian Security Holdings, Inc. is an employer as defined by 29 U.S.C. 201 et. seq. Defendant may be served pursuant to Rule 4 of the Federal Rules of Civil Procedure by service on Registered Agent Bruce Terry, 7585-C Ponce De Leon Circle, Atlanta, GA 30092.

## **VIOLATIONS OF THE FLSA**

7.

At all material times relevant to this action, Defendant was an enterprise covered by the FLSA, and as defined by 29 U.S.C. § 203 (r) and 203 (s).

8.

For jurisdictional purposes of the FLSA, Plaintiff is also individually covered by the FLSA because she was engaged in interstate commerce during her employment with Defendant.

9.

At all times relevant Plaintiff has been an employee of Defendant within the meaning of the FLSA.

10.

At all times relevant to this action, Defendant failed to comply with 29 U.S.C. §§ 201- 209, because during her employment with Defendant, Plaintiff, and those similarly situated to her, were not paid time and one-half their regular rate of pay for all hours worked in excess of forty (40) within a work week during one or more work weeks.

11.

Upon information and belief, the complete records, to the extent any exist, concerning the number of hours worked and amounts paid to plaintiff, and those similarly situated to her, are in the possession and custody of Defendant.

## COUNT – I RECOVERY OF OVERTIME COMPENSATION

12.

Plaintiff reincorporates and readopts all allegations within Paragraphs 1-11 above.

13.

Plaintiff, and those similarly situated to her, are entitled to receive proper payment of time and one-half their regular rate of pay for each hour worked in excess of forty (40) hours per work week. During her employment with Defendant, Plaintiff, and those similarly situated, routinely worked overtime hours but were not properly compensated for same.

14.

As a result of Defendant's intentional, willful and unlawful acts by refusing to properly pay Plaintiff and those similarly situated to her their regular rate of pay for each hour worked in one or more weeks of employment with Defendant, Plaintiff has suffered damages plus incurring reasonable attorney's fees and costs.

15.

As a result of Defendant's willful violation of the FLSA, Plaintiff, and those similarly situated to her, are entitled to liquidated damages.

16.

Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, and those similarly situated to her, demand judgment against Defendant for payment of the proper overtime rate of pay

for all hours worked in excess of forty (40) in one or more weeks of employment for Defendant for which Defendant did not properly compensate her, liquidated damages, reasonable attorneys' fees and costs incurred in this action, declaratory relief, and any and all further relief that this Court determines to be just and appropriate.

Dated this 25th day of March, 2009.

DEIRDRE M. STEPHENS
Georgia Bar No. 678789
Morgan & Morgan, P.A.
191 Peachtree Street, NE
Suite 4200
Atlanta, GA 30303
Phone: (404)965-8811

Attorney for the Plaintiff