IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARILYN BANKS, on behalf of
herself as well as all others similarly
situated,

    Plaintiff,

v.

GUARDIAN SECURITY HOLDINGS,
INC.,

    Defendant.

CIVIL ACTION FILE

NO. 1:09-CV-824-BBM

## **O R D E R**

This matter is before the court on the Joint Motion for Approval of Settlement Agreement [Doc. No. 23], which is GRANTED. The court has reviewed the Settlement Agreement and General Release, and discussed with counsel the claims of plaintiff Marilyn Banks as well as the defenses of defendant Guardian Security Holdings, Inc. The court is satisfied that the process by which the parties arrived at the proposed settlement was an arms length negotiation, and that the resulting compromise is fair and reasonable.

While the court will retain jurisdiction to enforce this settlement, this action has now been adjudicated on the merits, and it is DISMISSED.

IT IS SO ORDERED, this 7th day of December, 2009.

                                      s/Beverly B. Martin
                                      BEVERLY B. MARTIN
                                      UNITED STATES DISTRICT JUDGE